IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, DELAWARE, TOWN COUNCIL OF THE TOWN OF FENWICK ISLAND, DELAWARE, EDWARD HENIFIN, PEGGY J. BAUNCHALK, HARRY J. HAON, III, PETER G. FREDERICK, THEODORE J. BRANS, RICHARD L. GRIFFIN, each in their individual and official capacities, | ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF DEPOSITION**

TO: Richard R. Wier, Jr., Esquire
    Richard R. Wier, Jr., P.A.
    1220 Market Street
    Suite 600
    Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of plaintiff William Manning at the offices of Akin & Herron located at 1220 N. Market Street, Suite 300, Wilmington, Delaware 19801, on Tuesday, March 29, 2005, at 10:00 a.m.

        **AKIN & HERRON, P.A.**

        /s/ Bruce C. Herron
        Bruce C. Herron, Esquire
        I.D. No. 2315
        1220 N. Market Street, #300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6987
        Attorney for Defendants

Date: March 9, 2005
cc:  Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, | ) | TRIAL BY JURY DEMANDED |
| DELAWARE, TOWN COUNCIL OF THE | ) | |
| TOWN OF FENWICK ISLAND, | ) | |
| DELAWARE, EDWARD HENIFIN, | ) | |
| PEGGY J. BAUNCHALK, HARRY J. | ) | |
| HAON, III, PETER G. FREDERICK, | ) | |
| THEODORE J. BRANS, RICHARD L. | ) | |
| GRIFFIN, each in their | ) | |
| individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 9th day of March, 2005, two (2) copies of the **RE-NOTICE OF DEPOSITION** were electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
1220 Market Street
Suite 600
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron, Esquire
I.D. No. 2315
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.023\RNOD\1389.wpd