IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, | ) | TRIAL BY JURY DEMANDED |
| DELAWARE, TOWN COUNCIL OF THE | ) | |
| TOWN OF FENWICK ISLAND, | ) | |
| DELAWARE, EDWARD HENIFIN, | ) | |
| PEGGY J. BAUNCHALK, HARRY J. | ) | |
| HAON, III, PETER G. FREDERICK, | ) | |
| THEODORE J. BRANS, RICHARD L. | ) | |
| GRIFFIN, each in their | ) | |
| individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF DEPOSITION**

TO:  Richard R. Wier, Jr., Esquire
     Richard R. Wier, Jr., P.A.
     1220 Market Street
     Suite 600
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of plaintiff William Manning at the offices of Akin & Herron located at 1220 N. Market Street, Suite 300, Wilmington, Delaware 19801, on Wednesday, May 25, 2005, at 10:00 a.m.

                                          **AKIN & HERRON, P.A.**

                                          <u>/s/ Bruce C. Herron</u>
                                          Bruce C. Herron, Esquire
                                          I.D. No. 2315
                                          1220 N. Market Street, #300
                                          P.O. Box 25047
                                          Wilmington, DE 19899
                                          (302) 427-6987
                                          Attorney for Defendants

Date: April 13, 2005
cc:  Ambassador Legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, DELAWARE, TOWN COUNCIL OF THE TOWN OF FENWICK ISLAND, DELAWARE, EDWARD HENIFIN, PEGGY J. BAUNCHALK, HARRY J. HAON, III, PETER G. FREDERICK, THEODORE J. BRANS, RICHARD L. GRIFFIN, each in their individual and official capacities, | ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 13th day of April, 2005, a copy of the **RE-NOTICE OF DEPOSITION** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
1220 Market Street
Suite 600
Wilmington, DE 19801

        **AKIN & HERRON, P.A.**

        <u>/s/ Bruce C. Herron</u>
        Bruce C. Herron, Esquire
        I.D. No. 2315
        1220 N. Market Street, #300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6987
        Attorney for Defendants

H:\tmw5\data\files\Docs\3651.023\RNOD\1585.wpd