## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM E. MANNING,      :

        Plaintiff,         :

        v.            :     C.A. No.: 04-1320 KAJ

THE TOWN OF FENWICK ISLAND,  :
DELAWARE, TOWN COUNCIL OF THE :
TOWN OF FENWICK ISLAND,    :
DELAWARE, EDWARD HENIFIN,   :
PEGGY J. BAUNCHALK, HARRY J.  :
HAON, III, PETER G. FREDERICK,  :
THEODORE J. BRANS, RICHARD L.  :
GRIFFIN, each in their individual and  :
official capacities.

## NOTICE OF DEPOSITION

    PLEASE TAKE NOTICE that Plaintiff will take the following depositions, at the time

and date indicated, before a notary public or other person authorized to administer oaths.  The

deposition will take place at the Town of Fenwick Island, 800 Coastal Highway, Fenwick Island,

Delaware 19944 and will be recorded stenographically.

| WITNESS | DATE & TIME |
|---|---|
| Peter G. Frederick | June 2, 2005; start time 10 a.m. |
| Edward Henifin | June 2, 2005; upon completion of Mr. Frederick's deposition |
| Richard L. Griffin | June 2, 2005; upon completion of Mr. Henifin's deposition |
| Theodore J. Brans | June 20, 2005; start time 10 a.m. |
| Peggy J. Baunchalk | June 20, 2005; upon completion of Mr. Brans' deposition |
| Harry J. Haon, III | June 20, 2005; upon completion of Ms. Baunchalk's deposition |

**RICHARD R. WIER, JR., P.A.**

  /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this 18th day of April 2005 that I caused a true and correct copy of

the attached to be served BY HAND DELIVERY on:

Bruce C. Herron, Esq.
Akin & Herron
1220 Market St., Suite 300
Wilmington, DE


**RICHARD R. WIER, JR., P.A.**


 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222