IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM MANNING, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>THE TOWN OF FENWICK ISLAND, )<br>DELAWARE, TOWN COUNCIL OF THE )<br>TOWN OF FENWICK ISLAND, )<br>DELAWARE, EDWARD HENIFIN, )<br>PEGGY J. BAUNCHALK, HARRY J. )<br>HAON, III, PETER G. FREDERICK,)<br>THEODORE J. BRANS, RICHARD L. )<br>GRIFFIN, each in their )<br>individual and official )<br>capacities, )<br>)<br>   Defendants. ) | C.A. No.: 04-1320<br><br>TRIAL BY JURY DEMANDED |

**NOTICE OF SERVICE**

I hereby certify that on this <u>3rd</u> day of <u>May</u>, 2005, two (2) copies of **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
1220 Market Street
Suite 600
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron, Esquire
I.D. No. 2315
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.023\NOS\1494.wpd