IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM E. MANNING,<br><br>    Plaintiff,<br><br>v.<br><br>THE TOWN OF FENWICK ISLAND, DELAWARE, TOWN COUNCIL OF THE TOWN OF FENWICK ISLAND, DELAWARE, EDWARD HENIFIN, PEGGY J. BAUNCHALK, HARRY J. HAON, III, PETER G. FREDERICK, THEODORE J. BRANS, RICHARD L. GRIFFIN, each in their individual and official capacities. | :<br>:<br>:<br>:<br>:   C.A. No.: 04-1320 KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff will reconvene the following deposition, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the office of Richard R. Wier, Jr., 1220 Market Street, Wilmington, Delaware 19801 and will be recorded stenographically.

**WITNESS**  
Harry J. Haon, III

**DATE & TIME**  
May 31, 2005 at 10:00 a.m.

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi  
Richard R. Wier, Jr. (#716)  
Daniel W. Scialpi (#4146)  
1220 Market St., Suite 600  
Wilmington, DE 19801  
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this 26th day of May 2005 that I caused a true and correct copy of the attached to be served BY ELECTRONIC FILING on:

Bruce C. Herron, Esq.
Akin & Herron
1220 Market St., Suite 300
Wilmington, DE

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222