IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM E. MANNING, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 04-1320 KAJ |
| THE TOWN OF FENWICK ISLAND, DELAWARE, TOWN COUNCIL OF THE TOWN OF FENWICK ISLAND, DELAWARE, EDWARD HENIFIN, PEGGY J. BAUNCHALK, HARRY J. HAON, III, PETER G. FREDERICK, THEODORE J. BRANS, RICHARD L. GRIFFIN, each in their individual and official capacities. | : |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff will take the following depositions, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the office of Tempe B. Steen, Starboard Center, Highway One, Bethany Beach Delaware 19930 and will be recorded stenographically.

**WITNESS**
Edward Henifin

**DATE & TIME**
June 2, 2005; starting at 9:00 a.m.

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this 26th day of May 2005 that I caused a true and correct copy of the attached to be served BY ELECTRONIC DELIVERY on:

Bruce C. Herron, Esq.
Akin & Herron
1220 Market St., Suite 300
Wilmington, DE

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222