IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, | ) | TRIAL BY JURY DEMANDED |
| DELAWARE, TOWN COUNCIL OF THE | ) | |
| TOWN OF FENWICK ISLAND, | ) | |
| DELAWARE, EDWARD HENIFIN, | ) | |
| PEGGY J. BAUNCHALK, HARRY J. | ) | |
| HAON, III, PETER G. FREDERICK, | ) | |
| THEODORE J. BRANS, RICHARD L. | ) | |
| GRIFFIN, each in their | ) | |
| individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:   Richard R. Wier, Jr., Esquire
      Richard R. Wier, Jr., P.A.
      1220 Market Street
      Suite 600
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of William J. Bruette at the Town of Fenwick Island located at 800 Coastal Highway, Fenwick Island, DE 19944, on Tuesday, July 12, 2005, at 10:00 a.m.

                                **AKIN & HERRON, P.A.**

                                /s/ Bruce C. Herron
                                Bruce C. Herron, Esquire
                                I.D. No.: 2315
                                1220 N. Market Street, #300
                                P.O. Box 25047
                                Wilmington, DE 19899
                                (302) 427-6987
                                Attorney for Defendants

Date: June 6, 2005
cc:  Ambassador Legal

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

WILLIAM MANNING,                  )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )    C.A. No.: 04-1320
                                  )
THE TOWN OF FENWICK ISLAND,       )    TRIAL BY JURY DEMANDED
DELAWARE, TOWN COUNCIL OF THE     )
TOWN OF FENWICK ISLAND,           )
DELAWARE, EDWARD HENIFIN,         )
PEGGY J. BAUNCHALK, HARRY J.      )
HAON, III, PETER G. FREDERICK,    )
THEODORE J. BRANS, RICHARD L.     )
GRIFFIN, each in their            )
individual and official           )
capacities,                       )
                                  )
     Defendants.                  )
```

**NOTICE OF SERVICE**

I hereby certify that on this 6<u>th</u> day of <u>June</u>, 2005, a copy of the **NOTICE OF DEPOSITION** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
1220 Market Street
Suite 600
Wilmington, DE 19801

                                                **AKIN & HERRON, P.A.**

                                                <u>/s/ Bruce C. Herron</u>
                                                Bruce C. Herron, Esquire
                                                I.D. No.: 2315
                                                1220 N. Market Street, #300
                                                P.O. Box 25047
                                                Wilmington, DE 19899
                                                (302) 427-6987
                                                Attorney for Defendants

H:\tmw5\data\files\Docs\3651.023\NOD\1948.wpd