# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

1220 MARKET STREET, SUITE 600
WILMINGTON, DELAWARE 19801

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

June 30, 2005

**Via CM/ECF**

The Honorable Kent A. Jordan
District Court of Delaware
844 North King Street
Wilmington, DE 19801

      Re: **William Manning v. The Town of Fenwick Island, et al.**
           **C.A. No. 04-1320 KAJ**

Dear Judge Jordan:

      We represent Major William Manning, the Plaintiff in the above captioned case. Bruce Herron, Esq. represents all of the Defendants. A Status Conference is scheduled with Your Honor for July 7, 2005 at 4:30 p.m. We write to provide you with an interim status report as ordered in the Scheduling Order.

      Discovery in this case is continuing. There is a discovery deadline of September 5, 2005. Given the fact that trial is not until March, there may need to be an extension of the deadline, but we are doing everything to meet it. The Parties have exchanged written discovery, and depositions have already been taken up here and in Fenwick Island. Major Manning was deposed on May 25, 2005. Defendant Harry Haon was deposed on May 25 and May 31, 2005. Defendant Edward Henifin was deposed on June 2, 2005. Defendants Peter Frederick and Richard Griffin were deposed on June 28, 2005.

      Additional depositions are also scheduled. Sgt. Bruette is scheduled to be deposed on July 12, 2005. Defendants Theodore Brans and Peggy Baunchalk are scheduled to be deposed on July 20, 2005. In addition, other depositions of witnesses may be noticed by Plaintiff.

      Mediation in this case is scheduled before Magistrate Judge Thynge for July 26, 2005. A jury trial is scheduled to begin on March 13, 2006. If Your Honor wishes for any additional information, please advise.

                          Very truly yours,

                          /s/ Richard R. Wier, Jr.

                          Richard R. Wier, Jr. (#716)
                          Rwier@wierlaw.com

cc:    Bruce Herron, Esq. (via CM/ECF)
        William Manning
        Clerk of the Court