# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

1220 MARKET STREET, SUITE 600
WILMINGTON, DELAWARE 19801

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

July 5, 2005

**Via CM/ECF**

The Honorable Kent A. Jordan
District Court of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    **William Manning v. The Town of Fenwick Island, et al.
            C.A. No. 04-1320 KAJ**

Dear Judge Jordan:

    As you are aware, we represent Major William Manning, the Plaintiff in the above captioned case. Bruce Herron, Esq. represents all of the Defendants. A Status Conference is scheduled with Your Honor for July 7, 2005 at 4:30 p.m. On June 30, 2005, we wrote and advised the Court as to the status of the case.

    We have spoken with Mr. Herron, and do not believe that there is anything further to add or report at the Status Conference on July 7, 2005. In accordance with Your Honor's Scheduling Order, we therefore ask that the conference be taken off of the Court's calendar.

    Very truly yours,

    /s/ Daniel W. Scialpi

    Daniel W. Scialpi (#4146)
    DScialpi@Wierlaw.com

cc:    Bruce Herron, Esq. (via CM/ECF)
        William Manning
        Clerk of the Court