IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, DELAWARE, TOWN COUNCIL OF THE TOWN OF FENWICK ISLAND, DELAWARE, EDWARD HENIFIN, PEGGY J. BAUNCHALK, HARRY J. HAON, III, PETER G. FREDERICK, THEODORE J. BRANS, RICHARD L. GRIFFIN, each in their individual and official capacities, | ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**<u>RE-NOTICE OF DEPOSITION</u>**

TO:  Richard R. Wier, Jr., Esquire
     Richard R. Wier, Jr., P.A.
     1220 Market Street
     Suite 600
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of William J. Bruette at the Town Hall of Fenwick Island located at 800 Coastal Highway, Fenwick Island, DE 19944, on Wednesday, July 20, 2005, at 4:00 p.m., or shortly thereafter.

                                        **AKIN & HERRON, P.A.**

                                        <u>/s/ Bruce C. Herron</u>
                                        Bruce C. Herron, Esquire
                                        I.D. No. 2315
                                        1220 N. Market Street, #300
                                        P.O. Box 25047
                                        Wilmington, DE 19899
                                        (302) 427-6987
                                        Attorney for Defendants

Date: July 13, 2005
cc:   Ambassador Legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, DELAWARE, TOWN COUNCIL OF THE TOWN OF FENWICK ISLAND, DELAWARE, EDWARD HENIFIN, PEGGY J. BAUNCHALK, HARRY J. HAON, III, PETER G. FREDERICK, THEODORE J. BRANS, RICHARD L. GRIFFIN, each in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 13th day of July, 2005, a copy of the **RE-NOTICE OF DEPOSITION** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
1220 Market Street
Suite 600
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron, Esquire
I.D. No. 2315
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.023\RNOD\2229.wpd