IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
WILLIAM MANNING,              )
                              )
        Plaintiff,            )
                              )
        v.                    )    C.A. No.: 04-1320
                              )
THE TOWN OF FENWICK ISLAND,   )    TRIAL BY JURY DEMANDED
DELAWARE, TOWN COUNCIL OF THE )
TOWN OF FENWICK ISLAND,       )
DELAWARE, EDWARD HENIFIN,     )
PEGGY J. BAUNCHALK, HARRY J.  )
HAON, III, PETER G. FREDERICK,)
THEODORE J. BRANS, RICHARD L. )
GRIFFIN, each in their        )
individual and official       )
capacities,                   )
                              )
        Defendants.           )
```

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned attorneys,

hereby stipulate and agree that the above-captioned action shall

be dismissed with prejudice.

**RICHARD R. WIER, JR., P.A.**                 **AKIN & HERRON, P.A.**


/s/ Richard R. Wier, Jr.                     /s/ Bruce C. Herron
Richard R. Wier, Jr., Esquire                Bruce C. Herron, Esquire
DE Bar No. 3897                              DE Bar No. 2315
1220 North Market Street, Suite 600          1220 North Market Street
Wilmington, DE 19899                         Suite 300
Attorney for Plaintiff                       P.O. Box 25047
                                             Wilmington, DE 19899
                                             Attorney for Defendants




Dated: 8/25/05                               Dated: 8/25/05


H:\tmw5\data\files\Docs\3651.023\SOD\2493.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1320 |
| | ) | |
| THE TOWN OF FENWICK ISLAND, | ) | TRIAL BY JURY DEMANDED |
| DELAWARE, TOWN COUNCIL OF THE | ) | |
| TOWN OF FENWICK ISLAND, | ) | |
| DELAWARE, EDWARD HENIFIN, | ) | |
| PEGGY J. BAUNCHALK, HARRY J. | ) | |
| HAON, III, PETER G. FREDERICK, | ) | |
| THEODORE J. BRANS, RICHARD L. | ) | |
| GRIFFIN, each in their | ) | |
| individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this ___25___ day of August, 2005, a copy of the **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Richard R. Wier, Jr., Esquire
1220 Market Street
Suite 600
Wilmington, DE 19801

                    **AKIN & HERRON, P.A.**


                    /s/ Bruce C. Herron
                    Bruce C. Herron, Esquire
                    I.D. No. 2315
                    1220 N. Market Street, #300
                    P.O. Box 25047
                    Wilmington, DE 19899
                    (302) 427-6987
                    Attorney for Defendants